# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY A. PRICE,<br><br>           Plaintiff,<br><br>   vs.<br><br>EQUINOX INTERNATIONAL/VITASALUS,<br><br>           Defendant. | Case No.: 2:11-cv-00339-RLH-PAL<br><br>**O R D E R**<br><br>(Order and Report of Findings and Recommendation–#2) |

      Before this Court is the **Order and Report of Findings and Recommendation** (#2) of the United States Magistrate Judge, entered by the Honorable Peggy A. Leen regarding Plaintiff Mary A. Price's Application to Proceed *In Forma Pauperis* (#1, filed Mar. 3, 2011). Two objections (#4, #5) were filed to Magistrate Judge Leen's Report and Recommendation in accordance with Local Rule LR IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada. This matter was referred to the undersigned for consideration.

      The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. §636(b)(1)(B)–(C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Leen should be accepted and adopted.

1    IT IS THEREFORE ORDERED that the Magistrate Judge's Order and Report of
2  Findings and Recommendation (#2) entered March 18, 2011 is ACCEPTED and ADOPTED, and
3  Plaintiff Mary A. Price's Complaint (#3) is DISMISSED for failure to state a claim upon which
4  relief can be granted.
5    Dated: May 26, 2011.

*[signature]*

**ROGER L. HUNT**
**United States District Judge**